IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL AARON TAYLOR,

    Petitioner,

v.                                      CASE NO. 5:12-cv-192-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 11, Respondent's second motion for an extension of time to respond to the petition, and Doc. 12, Respondent's third motion for extension of time. The third motion for extension of time appears to have been filed by mistake. Upon due consideration, it is **ORDERED**:

1. The second motion for extension of time, Doc. 11, is **GRANTED.** Respondent shall file the response **on or before January 10, 2013.**

2. Petitioner shall file his reply, if any, **on or before February 11, 2013.**

3. The third motion for extension of time, Doc. 12, is **DENIED AS MOOT.**

**DONE AND ORDERED** this 11th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge