IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL AARON TAYLOR,

    Plaintiff,

v.                        CASE NO.  5:12-cv-192-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 27, filed April 18, 2014.   Upon consideration, no objections having been filed by the Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The First Amended Petition Under 28 U.S.C. § 2254 by a Person in Custody Pursuant to a State Court Judgment, ECF

1

No. 5, is **DENIED.**  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on June 9, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
